ACCEPTED
14-16-00530-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/8/2016 11:26:49 AM
CHRISTOPHER PRINE
CLERK

# MAHENDRU P.C.

## THE LITIGATION GROUP

Ashish Mahendru
amahendru@thelitigationgroup.com
Darren A. Braun
dbraun@thelitigationgroup.com

639 Heights Boulevard
Houston, Texas 77007
www.thelitigationgroup.com

Toll Free: 866.558.8149
Telephone: 713.571.1519
Facsimile: 713.651.0776
Serving Clients Since 2001

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/8/2016 11:26:49 AM
CHRISTOPHER A. PRINE
Clerk

July 8, 2016

Mr. Christopher A. Prine
Clerk, Fourteenth Court of Appeals
Fourteenth Court of Appeals
301 Fannin Street
Houston, Texas 77002

*via Electronic Filing*

   RE:   Cause No. 14-16-00530-CV; *Trafigura Pte. Ltd. v. CNA Metals Limited*

Dear Mr. Prine:

       I would appreciate you adding my associate, Darren Braun, my paralegal, Christine Wattigney, and my legal assistant Danielle Butler to the email notifications for the referenced cause of action.  The contact information is as follows:

| | |
|---|---|
| Darren Braun | Email:  dbraun@thelitigationgroup.com |
| Christine Wattigney | Email:  cwattigney@thelitigationgroup.com |
| Danielle Butler | Email:  dbutler@thelitigationgroup.com |

Mahendru P.C.
639 Heights Boulevard
Houston, Texas 77007
Telephone: (713) 571-1519
Facsimile:   (713) 651-0776

       We appreciate your attention to this matter and if you have any questions or require additional information, please let us know.

                    Very truly yours,

                    MAHENDRU, PC

                    **Ashish Mahendru**
                    **Attorney for Appellants**

639 Heights Blvd., Houston, Texas 77007 | www.thelitigationgroup.com | (p) 713.571.1519 (f) 713.651.0776